IN THE SUPREME COURT OF THE STATE OF NEVADA

ZULFIYA M. NICHOLSON,
                Appellant,
vs.
ROBERT NICHOLSON,
                Respondent.

No. 77169

**FILED**

APR 2 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal and lift and/or dissolve the stay entered by this court on November 8, 2018. The stipulation is approved and this appeal is dismissed. The stay granted in this court's November 8, 2018, order regarding enforcement of the portion of the divorce decree addressing the survivor beneficiary designation is hereby lifted.

It is so ORDERED.[1]

_____, C.J.

cc:    Hon. Lisa M. Brown, District Judge, Family Court Division
       Ara H. Shirinian, Settlement Judge
       Hofland & Tomsheck
       Robert Blau, Esq., PLLC
       Eighth District Court Clerk

---

[1]Given this order, appellant's emergency motion to dissolve and/or lift stay is moot and no action will be taken on it.

 

